1 | Paul W. Holloway - 002046
  | Larry J. Wulkan - 021404
2 | HOLLOWAY ODEGARD FORREST
  |  KELLY & KASPAREK, P.C.
3 | 3101 N. Central Avenue, Suite 1200
  | Phoenix, Arizona  85012
4 | (602) 240-6670 (pholloway@hofkklaw.com)

5 | Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MARTINA BLANCHARD, | NO. CV-05-3150-PHX-FJM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| CITY OF EL MIRAGE, ARIZONA; JUSTIN HUGHES and JANE DOE HUGHES, husband and wife, | |
| Defendants. | |

Pursuant to LRCiv 40.2 (d), Rules of Practice for the United States District Court for the District of Arizona, defendants hereby notice that the above-entitled matter has been settled in its entirety.  An appropriate stipulation for dismissal will be presented shortly.

DATED this 20th day of December, 2006.

HOLLOWAY ODEGARD FORREST
 KELLY & KASPAREK, P.C.


By  s/Larry J. Wulkan
    Paul W. Holloway
    Larry J. Wulkan
    3101 N. Central Avenue, Suite 1200
    Phoenix, Arizona  85012
    Attorneys for Defendants

# CERTIFICATE OF SERVICE

I certify that on the 20th day of December, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Timothy D. Ducar, Esq.
Jess A. Lorona, Esq.
DODGE, ANDERSON, MABLESON, STEINER,
JONES & HOROWITZ, LTD.
3003 North Central Avenue, #1800
Phoenix, Arizona 85012
Attorneys for Plaintiff

s/Stephanie L. Dolfini